Case 2:21-cr-00294-GW Document 22 Filed 06/22/21 Page 1 of 6 Page ID #:57

FILED
CLERK, U.S. DISTRICT COURT
06/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC ANTHONY CATALAN,<br><br>    Defendant. | CR 2:21-cr-00294-GW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.   OBJECTS OF THE CONSPIRACY

    Beginning on a date unknown to the Grand Jury, and continuing until on or about February 10, 2021, in Santa Barbara County, within the Central District of California, and elsewhere, defendant ERIC ANTHONY CATALAN conspired with others known and unknown to the Grand Jury to knowingly and intentionally distribute, and possess with intent to distribute, at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

B.   MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.   Defendant CATALAN would arrange to sell methamphetamine to drug customers.

2.   Defendant CATALAN and other co-conspirators known and unknown to the Grand Jury would deliver methamphetamine to customers in exchange for payment.

C.   OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendant CATALAN, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On or about January 4, 2021, on a phone call, using coded language, defendant CATALAN arranged to sell methamphetamine to a person he believed to be a drug customer, but who was in fact, a confidential source working with the Bureau of Alcohol, Tobacco, Firearms and Explosives (the "Confidential Source").

Overt Act No. 2:   On or about January 13, 2021, defendant CATALAN sold approximately 80 grams of methamphetamine to the Confidential Source in Lompoc, California.

Overt Act No. 3:   On or about February 8, 2021, on a phone call with the Confidential Source, using coded language, defendant CATALAN arranged to sell additional methamphetamine to the Confidential Source on February 10, 2021, in Santa Barbara, California.

<u>Overt Act No. 4</u>:   On or about February 9, 2021, on a phone call with the Confidential Source, using coded language, defendant CATALAN arranged to sell one pound of methamphetamine to the Confidential Source for $3,200 on the afternoon of February 10, 2021.

<u>Overt Act No. 5</u>:   On or about February 10, 2021, on a phone call with the Confidential Source, using coded language, defendant CATALAN confirmed that his methamphetamine supplier was able to conduct the narcotics transaction that afternoon.

<u>Overt Act No. 6</u>:   On or about February 10, 2021, on a phone call with the Confidential Source, using coded language, defendant CATALAN stated that his methamphetamine supplier had suggested conducting the narcotics transaction at the supplier's address, and that the supplier wanted defendant CATALAN to be present for the transaction.

<u>Overt Act No. 7</u>:   On or about February 10, 2021, defendant CATALAN texted the Confidential Source an address on East Gutierrez Street in Santa Barbara, California.

<u>Overt Act No. 8</u>:   On or about February 10, 2021, on a phone call with the Confidential Source, using coded language, defendant CATALAN directed the Confidential Source to park near the East Gutierrez address in Santa Barbara, California, to conduct the narcotics transaction.

<u>Overt Act No. 9</u>:   On or about February 10, 2021, defendant CATALAN met the Confidential Source and got into the Confidential Source's vehicle, which was parked near the East Gutierrez Street address, to conduct the narcotics transaction.

<u>Overt Act No. 10</u>:   On or about February 10, 2021, while in the car with the Confidential Source, defendant CATALAN told the

Confidential Source that his supplier was paranoid and worried about law enforcement, and that he believed his supplier would look around the area for law enforcement before conducting the deal.

Overt Act No. 11:  On or about February 10, 2021, shortly after defendant CATALAN told the Confidential Source that his supplier would look around the area for law enforcement prior to conducting the deal, a co-conspirator ("Co-Conspirator 1") entered the Confidential Source's vehicle and directed the Confidential Source to drive to a more low-key location a few blocks away.

Overt Act No. 12:  On or about February 10, 2021, in the Confidential Source's vehicle, Co-Conspirator 1 gave approximately 408 grams of methamphetamine to the Confidential Source in exchange for $3,200.

Overt Act No. 13:  On or about February 10, 2021, by text message, defendant CATALAN provided Co-Conspirator 1's phone number to the Confidential Source.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about January 13, 2021, in Santa Barbara County, within the Central District of California, defendant ERIC ANTHONY CATALAN knowingly and intentionally distributed at least 50 grams, that is, approximately 80 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about February 10, 2021, in Santa Barbara County, within the Central District of California, defendant ERIC ANTHONY CATALAN and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and intentionally distributed at least 50 grams, that is, approximately 408 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

　　　　　　／S／　　　　　　　　　
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

MARIA ELENA STITELER
Assistant United States Attorney
General Crimes Section