1 | TRACY L. WILKISON
Acting United States Attorney
2 | SCOTT M. GARRINGER
Assistant United States Attorney
3 | Chief, Criminal Division
JULIA HU (Cal. Bar No. pending)
4 | MARIA ELENA STITELER (Cal. Bar No. 296086)
Assistant United States Attorneys
5 | General Crimes Section
      1100/1200 United States Courthouse
6 |       312 North Spring Street
      Los Angeles, California 90012
7 |       Telephone: (213) 894-3802/6148
      Facsimile: (213) 894-6269/0141
8 |       E-mail:    julia.hu@usdoj.gov
                 maria.stiteler@usdoj.gov
9 |
Attorneys for Plaintiff
10 | UNITED STATES OF AMERICA

11 | UNITED STATES DISTRICT COURT

12 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,          No. CR 21-294-GW-1

14 |          Plaintiff,               ORDER CONTINUING TRIAL DATE AND
                                    FINDINGS REGARDING EXCLUDABLE TIME
15 |          v.                       PERIODS PURSUANT TO SPEEDY TRIAL
                                    ACT AS TO DEFENDANT ERIC ANTHONY
16 | ERIC ANTHONY CATALAN,             CATALAN

17 |          Defendant.              [PROPOSED] TRIAL DATE: 03-15-22

18 |

19 |

20 |     The Court has read and considered the Stipulation Regarding

21 | Request for (1) Continuance of Trial Date and (2) Findings of

22 | Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

23 | parties in this matter on August 2, 2021.  The Court hereby finds

24 | that the Stipulation, which this Court incorporates by reference into

25 | this Order, demonstrates facts that support a continuance of the

26 | trial date in this matter, and provides good cause for a finding of

27 | excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

28 |

1    The Court further finds that:  (i) the ends of justice served by

2  the continuance outweigh the best interest of the public and

3  defendant in a speedy trial; (ii) failure to grant the continuance

4  would be likely to make a continuation of the proceeding impossible,

5  or result in a miscarriage of justice; and (iii) failure to grant the

6  continuance would unreasonably deny defendant continuity of counsel

7  and would deny defense counsel the reasonable time necessary for

8  effective preparation, taking into account the exercise of due

9  diligence.

10    THEREFORE, FOR GOOD CAUSE SHOWN:

11    1.   The trial in this matter as to defendant ERIC ANTHONY

12  CATALAN is continued from August 3, 2021 to March 15, 2022 at 8:30

13  a.m. A pretrial conference is set for March 3, 2022 at 8:00 a.m.

14    2.   The time period of August 3, 2021 to March 15, 2022,

15  inclusive, is excluded in computing the time within which the trial

16  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

17  and (B)(iv).

18    3.   Nothing in this Order shall preclude a finding that other

19  provisions of the Speedy Trial Act dictate that additional time

20  periods are excluded from the period within which trial must

21  commence.  Moreover, the same provisions and/or other provisions of

22  the Speedy Trial Act may in the future authorize the exclusion of

23  //

24  //

25  //

26  //

27  //

28  //

1  additional time periods from the period within which trial must

2  commence.

3      IT IS SO ORDERED.

4

5  August 3, 2021 _____          _George H. Wu_____

6  DATE                                    HONORABLE GEORGE H. WU
                                           UNITED STATES DISTRICT JUDGE

7

8

9  Presented by:

10     /s/ _____

11  JULIA HU
   Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28